# Court of Appeals
# of the State of Georgia

ATLANTA, March 07, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1235. IN THE INTEREST OF S. H., A CHILD.**

In this dependency action, the juvenile court entered an order on December 26, 2024, awarding temporary custody to the Division of Family and Children Services. S. H., one of the children, filed a notice of appeal on January 29, 2025. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Here, S. H. filed his notice of appeal 34 days after entry of the order he seeks to appeal. Because the notice of appeal was untimely, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 03/07/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*